**Exhibit A.1**

The below identification of how HopDrive's Accused Products meet at least each and every limitation of claim 1 of U.S. Patent No. 10,518,720 ("the '720 patent) is exemplary. Throughout the chart, references to HopDrive and Social Auto Transport should be viewed as interchangeable, as the two names refer to the same company and Social Auto Transport is currently doing business as HopDrive.

HopDrive's infringing system is offered through at least: (1) HopDrive's website, for example, through the Move Planner interface in the Dealer Portal, and (2) HopDrive Apps including, for example, the Social Auto Transport app featuring the Driver Portal (collectively "the Accused Products").

| U.S. Patent No. 10,518,720 | HopDrive's Accused Products |
|---|---|
| [1(pre)] A method for managing drivers of vehicles, comprising: | HopDrive's system performs a method for managing drivers of vehicles. For example, the "driver overview" page and "dealer overview" pages of HopDrive's website, shown in part below, describe how HopDrive's system manages drivers.<br><br>**Accept a Move**<br>Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.<br><br>**Deliver the Vehicle**<br>Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.<br><br>**Catch a Ride**<br>Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!<br><br>https://hopdrive.com/driver-overview |

  

### Schedule a HopDrive

Schedule a move in our easy-to-use Dealer Portal. In most cases, our drivers can be on location within 90 minutes. Customers get a visual of the driver, the vehicle, and the step-by-step tracking in real-time.

### HopDrive Arrives

Upon arrival, the driver inspects the car and takes photos to document its condition, pre-trip. Your dealership and the customer both receive copies of the inspection report, with pictures, in the portal.

### HopDrive Delivers

Upon delivery, the driver inspects the car and takes photos to document its condition, post-trip. We document end mileage, then share information with you and the customer in the portal.

https://hopdrive.com/dealer-overview

| | |
|---|---|
| | https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
| [1(a)] receive a request, submitted by a user, to drive a vehicle on a trip from a first location to a second location; | The HopDrive system receives a request, submitted by a user, to drive a vehicle on a trip from a first location to a second location. For example, a user (e.g., a dealer using the Move Planner interface in the Dealer Portal) can submit a request to drive a vehicle from a first location to a second location. The image below demonstrates that the Move Planner allows for a One-Way trip to be scheduled to move a vehicle from a first location to a second location. |

| | https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
|---|---|
| [1(b)] automatically generating a trip request for the trip, said trip request including a driver for the vehicle; | On information and belief, HopDrive's system automatically generates a trip request for the trip, said trip request including a driver for the vehicle. In HopDrive's system, a trip request is commonly referred to as a "task." The below image shows that HopDrive's system has an "auto assigning" functionality that provides one example of how HopDrive's system will assign drivers to the automatically generated trips. Once the task is assigned to a driver, the assigned driver is notified and can accept or decline the trip. |



https://youtu.be/4KHyavk8Bqs?t=10

The below screenshot shows an automatically generated trip displayed on the driver's mobile application. The trip is "assigned" and the driver can accept or decline the trip.



| | |
|---|---|
| | https://youtu.be/4KHyavk8Bqs

To the extent that HopDrive contends that their method for managing drivers of vehicles featuring "Auto assigning" does not "automatically generat[e] a trip request for the trip, said trip request including a driver for the vehicle," upon information and belief, HopDrive's method featuring the "Auto assigning" feature satisfies these claim elements under the doctrine of equivalents. On information and belief, the Auto assigning feature automatically assigns unassigned trips to "agents" which is what HopDrive calls its drivers. Therefore, HopDrive's method for managing drivers of vehicles performs substantially the same function, in substantially the same way, to obtain substantially the same result as the "automatically generat[e] a trip request for the trip, said trip request including a driver for the vehicle" claim limitation of Draiver's driver assignment method. Accordingly, to the extent there are any differences between HopDrive's method for automatically generating a trip request for the trip, said trip request including a driver for the vehicle and the claimed method, they are not substantial. |
| [1(c)] wherein automatically generating the trip request includes requesting licensing information specific to the trip, | On information and belief, HopDrive's system automatically generates the trip request including requesting licensing information specific to the trip. HopDrive insures its drivers when they are on the road and provides its drivers with access to licensing information specific to the trip, so that the driver will have access to the vehicle's licensing information should he or she be in a situation where it is needed (such as an accident, or inquiry from law enforcement). HopDrive's insurance "provide[s] coverage for drivers from the time they take possession of a customer's vehicle." *See* https://hopdrive.com/driver-overview. HopDrive explains that they "know exactly what the insurance cost will be for each car move."https://www.freightwaves.com/news/social-auto-transport-raises-15m-in-seed-funding-to-expand-gig-economy-auto-moving-business |

7

| | |
|---|---|
| | **What HopDrive covers**<br><br>**While the driver app is OFF**<br>- Only your personal insurance policy applies.<br><br>**While the driver app is ON**<br>- **Waiting for a move request** - Your personal insurance policy applies.<br>- **While enroute to the customer's pickup location** - Your personal insurance policy applies.<br>- **While driving the customer's vehicle** - This is where the HopDrive insurance policy applies.<br><br>https://hopdrive.com/driver-overview?resource=1<br><br>HopDrive insures its drivers when they are on the road. As state laws require vehicles to be licensed, and for a driver to be able to provide licensing information if stopped by law enforcement, on information and belief, the licensing information specific to the trip must be provided by the HopDrive system to the driver.<br><br>Below, HopDrive describes how they insure each driver as they drive by the mile. |

> Insurance was a big issue that Mottas and Newton had to deal with as well. The company is insured through James River Insurance, a Richmond-based insurance provider. Social Auto pays for its insurance by the mile, allowing it to keep its costs down and also to know exactly what the insurance cost will be for each car move, which helps with transparent pricing.

"They were the ones that pioneered gig economy insurance with Uber back in the day, and they just happen to be in my hometown," Mottas said. "They've been able to insure us in the ways we need to be insured for us and our customers."

Gig economy drivers, he said, also like the Social Auto Transport model because they are paid for moving a vehicle but incur any of the costs such as fuel, insurance and vehicle wear and tear typically associated with a gig economy driving job.

https://www.freightwaves.com/news/social-auto-transport-raises-15m-in-seed-funding-to-expand-gig-economy-auto-moving-business

> **How does the insurance work if I'm driving another person's car?**
>
> HopDrive insures all of our drivers. We have tiered levels of liability insurance depending on the stage of the delivery, as well as collision coverage for the car. For more information, see our insurance details on the driver overview page.

https://hopdrive.com/driver-sign-up

| | |
|---|---|
| | https://hopdrive.com/driver-overview

To the extent that HopDrive contends that their method for managing drivers of vehicles does not include "requesting licensing information specific to the trip," upon information and belief, HopDrive's method for requesting licensing information, that allows the vehicle to be legally driven = satisfies these claim elements under the doctrine of equivalents. On information and belief, HopDrive ensures that the vehicles it moves are licensed under all applicable state laws while they are transported and ensures that drivers have access to all legally required licensing information in the event the vehicle is stopped. Therefore, HopDrive's method for requesting licensing information specific to the trip, performs substantially the same function, in substantially the same way, to obtain substantially the same result.. Accordingly, to the extent there are any differences between HopDrive's method for requesting licensing information specific to the trip and the claimed method, they are not substantial. |
| [1(d)] wherein the licensing information specific to the trip allows temporary licensure for the vehicle during the trip from the first location to the second location, | On information and belief, licensing information specific to the trip allows temporary licensure for the vehicle during the trip from the first location to the second location. As discussed above, HopDrive insures its drivers only when they are on the road with a customer vehicle. HopDrive advertises that it knows exactly what its insurance costs are for each car move and this is possible because its insurance only applies temporarily while the vehicle is being moved from the first location to the second location. |

**What HopDrive covers**

**While the driver app is OFF**

- Only your personal insurance policy applies.

**While the driver app is ON**

- Waiting for a move request - Your personal insurance policy applies.
- While enroute to the customer's pickup location - Your personal insurance policy applies.
- While driving the customer's vehicle - This is where the HopDrive insurance policy applies.

https://hopdrive.com/driver-overview?resource=1

Social Auto Transport describes how they insure each driver as they drive by the mile.

Insurance was a big issue that Mottas and Newton had to deal with as well. The company is insured through James River Insurance, a Richmond-based insurance provider. Social Auto pays for its insurance by the mile, allowing it to keep its costs down and also to know exactly what the insurance cost will be for each car move, which helps with transparent pricing.

"They were the ones that pioneered gig economy insurance with Uber back in the day, and they just happen to be in my hometown," Mottas said. "They've been able to insure us in the ways we need to be insured for us and our customers."

Gig economy drivers, he said, also like the Social Auto Transport model because they are paid for moving a vehicle but incur any of the costs such as fuel, insurance and vehicle wear and tear typically associated with a gig economy driving job.

https://www.freightwaves.com/news/social-auto-transport-raises-15m-in-seed-funding-to-expand-gig-economy-auto-moving-business



https://hopdrive.com/driver-sign-up

https://hopdrive.com/driver-overview

| | |
|---|---|
| [1(e)] automatically dispatching the driver for the trip, | HopDrive's system automatically dispatches the driver for the trip. As discussed above with respect to limitation [1(b)], HopDrive's system has an "auto assigning" functionality that provides one example of how HopDrive's system will assign drivers to the automatically generated trips. Once the task is assigned to a driver, the assigned driver is notified and can accept or decline the trip. As explained by the HopDrive documentation below, after the driver accepts the trip, they are directed to the vehicle pickup location. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

The screenshot below provides an overview of how the driver interacts with the HopDrive system. This includes the "Accept a Move" step which includes the driver being notified of a vehicle that needs to be moved and agreeing to accept the request.



**Accept a Move**

Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.

https://hopdrive.com/driver-overview

The screenshot and video below displays a HopDrive App automatically dispatching a driver to pick up a vehicle.



https://vimeo.com/user177436814

To the extent that HopDrive contends that their method for managing drivers of vehicles does not "automatically dispatch[] the driver for the trip," upon information and belief, HopDrive's method featuring the "Auto assigning" feature satisfies these claim elements under the doctrine of equivalents. On information and belief, the Auto assigning feature automatically assigns unassigned trips to "agents" which is what HopDrive calls its drivers. Therefore, HopDrive's method for managing drivers of vehicles performs substantially the same function, in substantially the same way, to obtain substantially the same result as the "automatically dispatching the driver for the trip" claim limitation of Draiver's driver dispatch method. Accordingly, to the extent there are any differences between HopDrive's method for managing drivers of vehicles and the claimed method, they are not substantial.

| | |
|---|---|
| [1(f)] wherein automatically dispatching the driver includes sending, to the driver, the trip request and the licensing information specific to the trip. | On information and belief, in HopDrive's system automatically dispatching the driver including sending, to the driver, the trip request and the licensing information specific to the trip. The HopDrive mobile application displays the details of the trip request once it is received by the driver. In addition, on information and belief, the driver has access to the licensing information specific to the trip available should the driver find him or herself in a situation where it is needed (such as an accident, or inquiry from law enforcement).<br><br><br><br>https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo |

HopDrive insures its drivers when they are on the road. As state laws require vehicles to be licensed, and for a driver to be able to provide licensing information if stopped by law enforcement, on information and belief, the licensing information specific to the trip must be provided by the HopDrive system to the driver.

## What HopDrive covers

### While the driver app is OFF

- Only your personal insurance policy applies.

### While the driver app is ON

- **Waiting for a move request** - Your personal insurance policy applies.
- **While enroute to the customer's pickup location** - Your personal insurance policy applies.
- **While driving the customer's vehicle** - This is where the HopDrive insurance policy applies.

https://hopdrive.com/driver-overview?resource=1

Insurance was a big issue that Mottas and Newton had to deal with as well. The company is insured through James River Insurance, a Richmond-based insurance provider. Social Auto pays for its insurance by the mile, allowing it to keep its costs down and also to know exactly what the insurance cost will be for each car move, which helps with transparent pricing.

"They were the ones that pioneered gig economy insurance with Uber back in the day, and they just happen to be in my hometown," Mottas said. "They've been able to insure us in the ways we need to be insured for us and our customers."

Gig economy drivers, he said, also like the Social Auto Transport model because they are paid for moving a vehicle but incur any of the costs such as fuel, insurance and vehicle wear and tear typically associated with a gig economy driving job.

| | https://www.freightwaves.com/news/social-auto-transport-raises-15m-in-seed-funding-to-expand-gig-economy-auto-moving-business<br><br>> **How does the insurance work if I'm driving another person's car?**<br><br>HopDrive insures all of our drivers. We have tiered levels of liability insurance depending on the stage of the delivery, as well as collision coverage for the car. For more information, see our insurance details on the driver overview page.<br><br>https://hopdrive.com/driver-sign-up |
|---|---|