**Exhibit C.1**

The below identification of how HopDrive's Accused Products meet at least each and every limitation of claims 1-3, 6-8, 11-15, and 18-19 of U.S. Patent No. 10,800,354 ("the '354 patent) is exemplary. Throughout the chart, references to HopDrive and Social Auto Transport should be viewed as interchangeable, as the two names refer to the same company and Social Auto Transport is currently doing business as HopDrive.

HopDrive's infringing system is offered through at least: (1) HopDrive's website, for example, through the Move Planner interface in the Dealer Portal, and (2) HopDrive Apps including, for example, the Social Auto Transport app featuring the Driver Portal (collectively "the Accused Products").

| U.S. Patent No. 10,800,354 | HopDrive's Accused Products |
|---|---|
| [1(pre)] A system for managing vehicle delivery, comprising: | HopDrive offers a system for managing vehicle delivery.<br><br>**Accept a Move**<br>Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.<br><br>**Deliver the Vehicle**<br>Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.<br><br>**Catch a Ride**<br>Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!<br><br>https://hopdrive.com/driver-overview |



### Schedule a HopDrive

Schedule a move in our easy-to-use Dealer Portal. In most cases, our drivers can be on location within 90 minutes. Customers get a visual of the driver, the vehicle, and the step-by-step tracking in real-time.



### HopDrive Arrives

Upon arrival, the driver inspects the car and takes photos to document its condition, pre-trip. Your dealership and the customer both receive copies of the inspection report, with pictures, in the portal.



### HopDrive Delivers

Upon delivery, the driver inspects the car and takes photos to document its condition, post-trip. We document end mileage, then share information with you and the customer in the portal.

https://hopdrive.com/dealer-overview



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [1(a)] a server running an internet service for managing drivers, configured to: | HopDrive's system includes a server running an internet service for managing drivers. For example, HopDrive's vehicle delivery system includes a Dealer Portal that is a web app (e.g., an internet service), which allows users to track … moves and a host of other settings. The Dealer Portal is for managing drivers and moves. HopDrive's system uses a server running an internet service to run the Dealer Portal web app. |
|---|---|

# Dealer Portal

From the Dealer Portal, our easy-to-use web app, you can plan moves, track those moves and manage a host of other settings.



https://hopdrive.com/dealer-overview

| | |
|---|---|
| | As another example, the below image shows drivers (which HopDrive calls "agents") and whether they are free, away, or inactive on the right. The drivers can be assigned to tasks on the left.<br><br><br><br>https://www.youtube.com/watch?v=4KHyavk8Bqs |
| [1(a)(1)] receive a request, submitted by a user, to deliver a target vehicle on a trip | HopDrive's system receives a request, submitted by a user, to deliver a target vehicle on a trip from a first location to a second location. For example, a user (such as a dealer using the Move Planner interface in the Dealer Portal) can submit a request to deliver a vehicle from a first location to a second location. Because the Dealer Portal is a web app, the request will be received by the server running the web app (e.g., the internet |

| | |
|---|---|
| from a first location to a second location; | service). The Move Planner allows for a One-Way trip to be scheduled to move a vehicle from a first location to a second location.<br><br><br><br>https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
| [1(a)(2)] receive a response from a driver accepting the request to deliver the target vehicle; | HopDrive's system receives a response from a driver accepting the request to deliver the target vehicle. A driver can use a mobile application to receive and accept a request to move a vehicle. On information and belief, the response would be transmitted from the mobile application to the server running the web app. |



https://youtu.be/4KHyavk8Bqs

Once the driver is assigned and has accepted, the Dealer Portal displays a notification indicating that the driver accepted the task.



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



**Accept a Move**

Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.



**Deliver the Vehicle**

Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.



**Catch a Ride**

Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!

https://hopdrive.com/driver-overview

| | |
|---|---|
| [1(a)(3)] present, to the user, a vehicle status report; and | On information and belief, HopDrive presents, to the user, a vehicle status report. For example, the following images show a pictures and accompanying narratives related to the status of a vehicle. The vehicle status report is displayed to the user via the web portal.<br><br><br><br>https://youtu.be/4KHyavk8Bqs<br><br><br>**Accept a Move**<br>Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.<br><br><br>**Deliver the Vehicle**<br>Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.<br><br><br>**Catch a Ride**<br>Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!<br><br>https://hopdrive.com/driver-overview |

The below screenshot also shows vehicle status of a vehicle in transit.



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

Below, the Dealer Portal shows a virtual walkaround (i.e., a vehicle status report) for a vehicle.



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| | |
|---|---|
| [1(a)(4)] present, to the user, real-time location updates for the vehicle; | On information and belief, HopDrive presents, to the user, real-time location updates for the vehicle. For example, the Dealer Portal displays tracking information for the vehicle in real time. The blue dot indicates the real-time tracking of the driver driving the vehicle. As shown in the linked video, the vehicle's location is updated and presented to the user in real time. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| [1(b)] a mobile device running a mobile device application configured to: | HopDrive's system includes a mobile device running a mobile device application. |
|---|---|

## Driver Portal

Our driver app allows you to track your pay and keeps a record of all your activity with us. The app also provides the ability for you to set your own schedule.



https://hopdrive.com/driver-overview

The below screenshot shows a view of a driver using the mobile application to accept a trip.



https://vimeo.com/user177436814

| [1(b)(1)] display, to the driver, the request to deliver the target vehicle; | HopDrive's system displays, to the driver, the request to deliver the target vehicle. The mobile application displays the details of the created trip request. |
|---|---|



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

## Driver Portal

Our driver app allows you to track your pay and keeps a record of all your activity with us. The app also provides the ability for you to set your own schedule.



[https://hopdrive.com/driver-overview](https://hopdrive.com/driver-overview)



### Accept a Move

Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.



### Deliver the Vehicle

Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.



### Catch a Ride

Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!

| | |
|---|---|
| | https://hopdrive.com/driver-overview |
| [1(b)(2)] receive, from the driver the response indicating acceptance of the request to deliver the target vehicle; | HopDrive's system receives, from the driver the response indicating acceptance of the request to deliver the target vehicle. The driver can respond to the trip request by indicating their acceptance of the task. The indication is received via the mobile application.<br><br><br><br>https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo |

| | |
|---|---|
| | <br><br>https://hopdrive.com/driver-overview |
| [1(b)(3)] receive, from the driver the vehicle status report; and | HopDrive's system receives, from the driver the vehicle status report. For example, the driver can create a vehicle status report by taking pictures and entering narratives about the condition of the vehicle using the mobile app.<br><br>The below screenshot shows around-the-vehicle images (i.e., the vehicle status report taken by the driver of the condition of the car using the mobile app. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://youtu.be/4KHyavk8Bqs



| | |
|---|---|
| [1(b)(4)] transmit the real-time location updates for the vehicle to the internet service. | HopDrive's system transmits the real-time location updates for the vehicle to the internet service. The mobile app further transmits the real-time location from the driver's phone updates to the web portal. For example, the Dealer Portal shows checklists of the driver's progress during a trip. As discussed above with respect to limitation [1(a)(4)], the real-time data is shown on the Dealer Portal. Thus, on information and belief, this real-time data is transmitted by the mobile application in real-time. |



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

The real-time location information is displayed to the user via the Driver Portal.



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| [2] The system of claim **1**, wherein the vehicle status report includes a photograph of the vehicle captured by a mobile device running the mobile device application. | In the HopDrive system the vehicle status report includes a photograph of the vehicle captured by a mobile device running the mobile device application. The vehicle status report includes photographs of the vehicle captured by the driver's mobile phone running the mobile application as shown in the examples below. |
| --- | --- |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| | |
|---|---|
| [3] The system of claim 2, wherein the vehicle status report further includes an odometer reading for the vehicle. | On information and belief, HopDrive's vehicle status report includes an odometer reading for the vehicle. HopDrive documents end mileage (i.e., an odometer reading). On information and belief, the end mileage would be a part of the vehicle status report. |



# We Deliver

We deliver the vehicle, inspect it and take photos to document its condition post-trip. We document end mileage and condition to minimize liability.

## HopDrive Concierge

**As easy as 1-2-3**



### Schedule a HopDrive

Schedule trips in our easy-to-use dealer portal. We do the driving, and the heavy lifting. We handle the drivers and drives, insurance, loaner drop-offs and more.



### We Arrive and Drive

Our drivers arrive within 90 minutes, inspect the vehicle, take photos and start driving. Customers are updated about their vehicle status throughout the trip.



### We Deliver

We deliver the vehicle, inspect it and take photos to document its condition post-trip. We document end mileage and condition to minimize liability.

[HopDrive | Home](#)

| [6] The system of claim **1**, wherein the request specifies that the trip further includes delivering an additional vehicle from the second location to a third location. | On information and belief, HopDrive's request specifies that the trip further includes delivering an additional vehicle from the second location to a third location. When creating the trip, the user can choose to have a driver make a round trip back to the first location after reaching the second location.<br><br><br><br>https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
|---|---|
| [7] The system of claim **1**, wherein the one driver of a pool of drivers registered with the internet service. | On information and belief, in HopDrive's system the one driver of a pool of drivers is registered with the internet service. The HopDrive system assigns drivers from a pool of registered drivers who have registered using a driver sign-up form located on the HopDrive website. |



## FAQs

> Do I have to quit driving for the other rideshare guys?

> How do I receive my next drive?

Just like other rideshare companies, our app is designed to find the drivers closest to the pickup. If you have the HopDrive app on and you are close to a move request, you will get a move notification. Otherwise, let us know if you are eager for another drive.

> How frequently do I get paid?

> If I drive a car to another dealership, how do I get home?

> How does the insurance work if I'm driving another person's car?

## Sign Up & Drive With Us

First Name *      Last Name *

Email *

Phone *

Best time for us to call:

--:-- --

Zip Code *      Select a region...

Referral Code

SIGN UP

[https://hopdrive.com/driver-sign-up](https://hopdrive.com/driver-sign-up)

| [8(pre)] One or more non-transitory, computer-readable media storing computer-executable instructions that, when executed by a processor, perform a method of managing vehicle delivery, the method comprising the steps of: | On information and belief, HopDrive's system is implemented on one or more non-transitory, computer-readable media storing computer-executable instructions that, when executed by a processor, perform a method of managing vehicle delivery |
|---|---|
| |   <br><br>**Accept a Move**     **Deliver the Vehicle**     **Catch a Ride**<br><br>Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.     Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.     Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!<br><br>https://hopdrive.com/driver-overview |



### Schedule a HopDrive

Schedule a move in our easy-to-use Dealer Portal. In most cases, our drivers can be on location within 90 minutes. Customers get a visual of the driver, the vehicle, and the step-by-step tracking in real-time.



### HopDrive Arrives

Upon arrival, the driver inspects the car and takes photos to document its condition, pre-trip. Your dealership and the customer both receive copies of the inspection report, with pictures, in the portal.



### HopDrive Delivers

Upon delivery, the driver inspects the car and takes photos to document its condition, post-trip. We document end mileage, then share information with you and the customer in the portal.

https://hopdrive.com/dealer-overview



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [8(a)] receiving a request, submitted by a user, to drive a target vehicle on a trip beginning and ending [at] a first location; | HopDrive's system receives a request, submitted by a user, to drive a target vehicle on a trip beginning and ending [at] a first location. HopDrive provides a Move Planner interface in a Dealer Portal by which a user can submit a request to move a vehicle between locations. For example, HopDrive promotes the option for scheduling aftermarket work for a car. In that case, the customers car could be picked up and dropped off at the same location (such as the customer's house). |
|---|---|



HopDrive | Dealer Overview

As another example, HopDrive's system provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via an intermediate task location (e.g., dealership) can be received via a HopDrive interface.

| | |
|---|---|
| | ## Your customers want concierge.<br><br>Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.<br><br>HopDrive | Home |
| [8(b)] presenting, to a driver and on a mobile communications device of the driver, the request to deliver the vehicle; | HopDrive's system presents, to a driver and on a mobile communications device of the driver, the request to deliver the vehicle. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://vimeo.com/user177436814

| [8(c)] receiving from the driver and via the mobile communications device of the driver, a response accepting the request to deliver the target vehicle; | HopDrive's system receives from the driver and via the mobile communications device of the driver, a response accepting the request to deliver the target vehicle. The driver, via the driver's mobile phone, can respond to the trip request by indicating their acceptance of the task. |
|---|---|



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

The Driver Portal shows that acceptance has been received.



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| [8(d)] receiving, from the driver and via the mobile communications device of the driver, a vehicle status report; | HopDrive's system receives, from the driver and via the mobile communications device of the driver, a vehicle status report. For example, the below images show that a driver creates a vehicle status report by taking pictures and entering narratives about the condition of the vehicle using the mobile app.<br><br>The below screenshot shows around-the-vehicle images (i.e., the vehicle status report taken by the driver of the condition of the car using the mobile app. |
|---|---|



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://youtu.be/4KHyavk8Bqs

| | |
|---|---|
| |   <br><br>**Accept a Move**     **Deliver the Vehicle**     **Catch a Ride**<br><br>Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.     Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.     Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!<br><br>https://hopdrive.com/driver-overview |
| [8(e)] presenting, to the user, the vehicle status report; and | HopDrive presents, to the user, the vehicle status report. For example, the vehicle status report is presented to the dispatching user via the Driver Portal.<br><br><br>https://youtu.be/4KHyavk8Bqs |



### Accept a Move

Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.



### Deliver the Vehicle

Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.



### Catch a Ride

Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!

https://hopdrive.com/driver-overview

The below screenshot also shows vehicle status of a vehicle in transit. On information and belief, this information is presented to the user.



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

Below, the Dealer Portal shows a virtual walkaround (i.e., a vehicle status report) for a vehicle.



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [8(f)] receiving, from the mobile communications device of the driver, real-time location updates for the vehicle as determined by the mobile communications | HopDrive receives, from the mobile communications device of the driver, real-time location updates for the vehicle as determined by the mobile communications device of the driver. The mobile app further transmits the real-time location from the driver's phone updates to the web portal. In the below screenshot, the Dealer Portal shows checklists of the driver's progress during a trip. |
| --- | --- |

| | |
|---|---|
| device of the driver; and | 9:59 Messages<br>concierge.hopdrive.io<br>**hopdrive**<br>**Track Your Vehicle**<br>*If you have any issues, please call (800) 913-7674<br>✓ Driver is en route to your location<br>✓ Driver has arrived at your location<br>3 Driver is picking up your vehicle<br>4 Vehicle is en route to service location<br>5 Vehicle has arrived at service location<br>6 Vehicle has been delivered successfully<br>VEHICLE<br><br>https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974<br><br>The real-time location information is displayed to the user via the Driver Portal. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| [8(g)] presenting, to the user, real-time location updates for the vehicle. | HopDrive presents, to the user, real-time location updates for the vehicle. As discussed above with respect to [8(f)], the user can view real-time location updates for the vehicle via the Driver Portal. |
|---|---|



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| | |
|---|---|
| [10] The media of claim **8**, wherein the trip includes at least one intermediate task location. | On information and belief, HopDrive's system includes trips with at least one intermediate task location (e.g., aftermarket work at an autobody shop or a dealership for the concierge service). For example, HopDrive provides a concierge service and an aftermarket work service that includes a trip including an intermediate task location.<br><br>HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, HopDrive provides a trip from a pick-up location and a drop-off location, via an intermediate task location (e.g., a shop that does aftermarket work).<br><br><br>HopDrive \| Dealer Overview |

| | |
|---|---|
| | In addition, HopDrive provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via an intermediate task location (e.g., dealership) can be received via a HopDrive interface. |
| | **Your customers want concierge.**<br><br>Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.<br><br>HopDrive \| Home |
| Claim 11 | |
| [11] The media of claim **8**, further comprising the step of presenting, to the user and upon completion of the trip, a trip report. | HopDrive presents, to the user and upon completion of the trip, a trip report. The task pane of the Driver Portal includes a History tab where the user can view the trip history upon completion of the trip. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| Claim 12 | |
|---|---|
| [12] The media of claim **11**, wherein the trip report includes driver tracking data. | HopDrive's trip report includes driver tracking data. The Details tab of the Task pane in the web portal includes a tracking link, while the History tab includes an option to show the Path History. On information and belief, the tracking link and the Path History would show driver tracking data. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| | |
|---|---|
| |  |
| Claim 13 | |
| [13] The media of claim **8**, wherein the driver is one driver of a pool of registered drivers. | On information and belief, HopDrive's driver is one driver of a pool of registered drivers. The HopDrive system assigns drivers from a pool of registered drivers who have registered using a driver sign-up form located on the HopDrive website. |



https://hopdrive.com/driver-sign-up

| | |
|---|---|
| | As shown in the right pane, below, there is a task a pool of agents (i.e., drivers) and with different statuses (free, busy, inactive).<br><br><br><br>https://youtu.be/4KHyavk8Bqs |
| [Claim 14]<br>The media of claim **8**, further comprising the step of verifying the insurance of the driver. | On information and belief, HopDrive verifies the insurance of the driver. HopDrive insures its drivers when they are on the road.   HopDrive's insurance "provide[s] coverage for drivers from the time they take possession of a customer's vehicle." *See* https://hopdrive.com/driver-overview. HopDrive explains that they "know exactly what the insurance cost will be for each car move."https://www.freightwaves.com/news/social-auto-transport-raises-15m-in-seed-funding-to-expand-gig-economy-auto-moving-business |

## What HopDrive covers

### While the driver app is OFF

○ Only your personal insurance policy applies.

### While the driver app is ON

○ **Waiting for a move request** - Your personal insurance policy applies.

○ **While enroute to the customer's pickup location** - Your personal insurance policy applies.

○ **While driving the customer's vehicle** - This is where the HopDrive insurance policy applies.

https://hopdrive.com/driver-overview?resource=1

Social Auto Transport describes how they insure each driver as they drive by the mile.

Insurance was a big issue that Mottas and Newton had to deal with as well. The company is insured through James River Insurance, a Richmond-based insurance provider. Social Auto pays for its insurance by the mile, allowing it to keep its costs down and also to know exactly what the insurance cost will be for each car move, which helps with transparent pricing.

"They were the ones that pioneered gig economy insurance with Uber back in the day, and they just happen to be in my hometown," Mottas said. "They've been able to insure us in the ways we need to be insured for us and our customers."

Gig economy drivers, he said, also like the Social Auto Transport model because they are paid for moving a vehicle but incur any of the costs such as fuel, insurance and vehicle wear and tear typically associated with a gig economy driving job.

https://www.freightwaves.com/news/social-auto-transport-raises-15m-in-seed-funding-to-expand-gig-economy-auto-moving-business

How does the insurance work if I'm driving another person's car?

HopDrive insures all of our drivers. We have tiered levels of liability insurance depending on the stage of the delivery, as well as collision coverage for the car. For more information, see our insurance details on the driver overview page.

https://hopdrive.com/driver-sign-up

| [Claim 15] [15(pre)] A method of managing vehicle delivery, comprising the steps of: | HopDrive's system provides a method for managing vehicle delivery. |
| --- | --- |



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [15(a)] receiving a request, submitted by a user, to drive a target vehicle on a trip to a destination location via an intermediate task location; | HopDrive's system receives a request, submitted by a user, to drive a target vehicle on a trip to a destination location via an intermediate task location. For example, the HopDrive system includes a Move Planner interface in a Dealer Portal by which a user can submit a request to move a vehicle between locations. |
|---|---|



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

As another example, HopDrive provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via an intermediate task location (e.g., dealership) can be received via a HopDrive interface.

# Your customers want concierge.

Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.

HopDrive | Home

As another example, HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, HopDrive's trip from a pick-up location and a drop-off location, includes an intermediate task location from a plurality of available task locations. (e.g., a shop that does aftermarket work).



# More Ways to Use HopDrive

Here are just some of the ways we drive vehicles...

### For Your Customers

- Pickup and delivery
- Loaner drop-offs
- Retail Deliveries
- At-home test drives
- Remote appraisals

### For Your Business

- Reconditioning
- Load Balancing
- Post auction pickup
- Aftermarket work
- Same-day moves

[HopDrive | Dealer Overview](#)

 **RepairPal.com**
September 29, 2022 · 🌐

Announcing our newest partnership with HopDrive, making customer concierge easier than ever. RepairPal's Certified Network now has the power of making concierge pick up and delivery an integral part of service during maintenance and repairs.

"HopDrive's mission of providing total transparency is a perfect marriage with RepairPal's core values, as customers are always updated on the status of their vehicle. We believe this service will improve overall quality and customer satisfaction within our network of shops and dealers." –Kathleen Long, Chief Revenue Officer at RepairPal

Read the full press release here: https://bit.ly/3SwqesG

#automotive #repairpal #HopDrive #partnership #announcement #autorepair #automotiverepair #fairrepair #autoshops #autodealers #customerservice



NEWS.REPAIRPAL.COM
**RepairPal and HopDrive Partner Together to Make Customer Concierge Easier Than Ever**

| | |
|---|---|
| | https://news.repairpal.com/208038-repairpal-and-hopdrive-partner-together-to-make-customer-concierge-easier-than-ever?utm_source=PR&utm_medium=Partner&utm_campaign=HopDrive |
| [15(b)] presenting, to the driver and on a mobile communications device of the driver, the request to deliver the vehicle; | HopDrive's system presents, to the driver and on a mobile communications device of the driver, the request to deliver the vehicle. An example is shown below.<br><br><br><br>https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo |

| | |
|---|---|
| | <br>https://vimeo.com/user177436814 |
| [15(c)] receiving from the driver and via the mobile communications device of the driver, a response accepting the request to deliver the target vehicle; | HopDrive's system receives from the driver and via the mobile communications device of the driver, a response accepting the request to deliver the target vehicle. The driver, via the driver's mobile phone, can respond to the trip request by indicating their acceptance of the task. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

The Dealer Portal shows that the acceptance is received.



| | https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo |
|---|---|
| [15(d)] receiving from the driver and via the mobile communications device of the driver, a vehicle status report; | HopDrive receives from the driver and via the mobile communications device of the driver, a vehicle status report. For example, the driver can create a vehicle status report by taking pictures and entering narratives about the condition of the vehicle using the mobile app. <br><br> The below screenshot shows around-the-vehicle images (i.e., the vehicle status report taken by the driver of the condition of the car using the mobile app. <br><br>  <br><br> https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo |



https://youtu.be/4KHyavk8Bqs

| | |
|---|---|
| |   

**Accept a Move**

Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.

**Deliver the Vehicle**

Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.

**Catch a Ride**

Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!

https://hopdrive.com/driver-overview |
| [15(e)] presenting to the user, the vehicle status report; and | HopDrive's system presents to the user, the vehicle status report. For example, the vehicle status report is presented to the user via the Driver Portal.



https://youtu.be/4KHyavk8Bqs |



### Accept a Move

Get notified, in real-time, when a vehicle near you needs to be moved. Receive the full details of the move, addresses included. You can make an informed decision to accept or decline without ramifications. Simply mark yourself as started to begin.



### Deliver the Vehicle

Drive someone else's car for a change. Move the customer's car to the requested location. Upon pickup and delivery you will preform a pre and post-trip inspection, capture vehicle information, snap photos, and upload the information to our app.



### Catch a Ride

Catch a ride back to your car, ON US! If we don't have a return trip planned for you to drive to another location, then the HopDrive app will automatically request a ride back for you. By the way, you get paid for the ride back as well! Earn money while you drive AND ride!

https://hopdrive.com/driver-overview

The below screenshot also shows vehicle status of a vehicle in transit. On information and belief, this information is presented to the user.



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

Below, the Dealer Portal shows a virtual walkaround (i.e., a vehicle status report) for a vehicle.



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [15(f)] receiving from the mobile communications device of the driver, real-time location updates for the vehicle as determined by the mobile communications | On information and belief, HopDrive receives from the mobile communications device of the driver, real-time location updates for the vehicle as determined by the mobile communications device of the driver. The mobile app further transmits the real-time location from the driver's phone updates to the web portal. In the below screenshot, the Dealer Portal shows checklists of the driver's progress during a trip. |
|---|---|

| device of the driver; and |  https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 The below screenshot shows the driver using Google Maps to navigate to the pickup location, which sends real-time location updates that the dealer can then view using the Dealer Portal. | |



https://youtu.be/4KHyavk8Bqs

The real-time location information is displayed to the user via the Driver Portal.



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| | |
|---|---|
| [15(g)] presenting, to the user, real-time location updates for the vehicle. | On information and belief, HopDrive presents, to the user, real-time location updates for the vehicle. As discussed above with respect to [15(f)], the user can view real-time location updates for the vehicle via the Driver Portal. |



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| Claim 18 | |
|---|---|
| [18] The method of claim **15**, further comprising the step of presenting, to the user and upon completion of the trip, a trip report. | HopDrive presents, to the user and upon completion of the trip, a trip report. The task pane of the Driver Portal includes a History tab where the user can view the trip history upon completion of the trip. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

|  |   https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |  |
|---|---|---|
| [19] The method of claim **18**, wherein the trip report includes driver tracking data. | HopDrive's trip report includes driver tracking data. The Details tab of the Task pane in the web portal includes a tracking link, while the History tab includes an option to show the Path History. On information and belief, the tracking link and the Path History would show driver tracking data. |  |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974