**Exhibit D.1**

The below identification of how HopDrive's Accused Products meet at least each and every limitation of claims 1-5, and 12-15 of U.S. Patent No. 10,304,027 ("the '027 patent) is exemplary. Throughout the chart, references to HopDrive and Social Auto Transport should be viewed as interchangeable, as the two names refer to the same company and Social Auto Transport is currently doing business as HopDrive.

HopDrive's infringing system is offered through at least: (1) HopDrive's website, for example, through the Move Planner interface in the Dealer Portal, and (2) HopDrive Apps including, for example, the Social Auto Transport app featuring the Driver Portal (collectively "the Accused Products").

| U.S. Patent No. 10,304,027 | HopDrive's Accused Products |
|---|---|
| [1(pre)] One or more non-transitory computer-readable media storing computer-executable instructions that, when executed by a processor, perform a method of displaying an interface for a trip-scheduling system, the | HopDrive's system is integrated on one or more non-transitory computer-readable media storing computer-executable instructions that, when executed by a processor, perform a method of displaying an interface for a trip-scheduling system. <br><br>  <br><br> **Schedule a HopDrive** <br> Schedule a move in our easy-to-use Dealer Portal. In most cases, our drivers can be on location within 90 minutes. Customers get a visual of the driver, the vehicle, and the step-by-step tracking in real-time. <br><br> **HopDrive Arrives** <br> Upon arrival, the driver inspects the car and takes photos to document its condition, pre-trip. Your dealership and the customer both receive copies of the inspection report, with pictures, in the portal. <br><br> **HopDrive Delivers** <br> Upon delivery, the driver inspects the car and takes photos to document its condition, post-trip. We document end mileage, then share information with you and the customer in the portal. <br><br> https://hopdrive.com/dealer-overview |

| | |
|---|---|
| method comprising the steps of: | <br><br>https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
| [1(a)] displaying a location selection page operable to receive input of a plurality of locations from a user | HopDrive's system displays a location selection page operable to receive input of a plurality of locations from a user via a map interface. For example, HopDrive's system includes a map interface (shown in the image below) that includes a "create task" button. On information and belief, the "create task" button can be used to input a plurality of locations. |

via a map interface;



Vehicle Move Process Overview

https://www.youtube.com/watch?v=4KHyavk8Bqs

To the extent that HopDrive contends that their trip scheduling system method does not "display[] a location selection page operable to receive input of a plurality of locations from a user via a map interface," upon information and belief, HopDrive's system features a map interface that provides the option for a user to "create task" which allows the user to input a plurality of locations under the doctrine of equivalents. Therefore, HopDrive's trip scheduling system method using a location selection page featuring a map interface performs substantially the same function, in substantially the same way, to obtain substantially the same results as the "displaying a location selection page operable to receive input of a plurality of locations from a user via a map interface" claim limitation of Draiver's trip

| | |
|---|---|
| | scheduling system method. Accordingly, to the extent there are any differences between HopDrive's method of displaying an interface for a trip-scheduling system and the claimed method they are not substantial. i |
| [1(b)] displaying a vehicle selection page operable to receive input of an indication of a vehicle to be transported; | HopDrive's system displays a vehicle selection page operable to receive input of an indication of a vehicle to be transported. As an example, the Move Planner interface is a vehicle selection page operable to receive input of an indication of a vehicle to be transported.<br><br><br><br>https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974<br><br>As another example, through the "add moves" button in the image below, indications of vehicles to be transported may be provided. |



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [1(c)] displaying a task selection screen operable to receive an indication of a task to be | On information and belief, HopDrive's system displays a task selection screen operable to receive an indication of a task to be performed by the driver for the vehicle.<br><br>On information and belief, HopDrive provides a trip overview interface that includes a task selection screen that can be used to indicate a task to be performed by the driver (i.e., agent) for the vehicle such as through the "create task" button. |
|---|---|

| performed by the driver for the vehicle; | As an example, HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, the HopDrive system can be used to select a pick-up location, a task (e.g., a shop that does aftermarket work), and a drop off location to take the vehicle to once the aftermarket work is complete. |
| --- | --- |



HopDrive | Dealer Overview

As another example, HopDrive's system provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) can include a task (e.g., taking the car to the dealership) and can be received via an interface in HopDrive's system.

# Your customers want concierge.

Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.

[HopDrive | Home](HopDrive | Home)



**RepairPal.com**
September 29, 2022 · 🌐

Announcing our newest partnership with HopDrive, making customer concierge easier than ever. RepairPal's Certified Network now has the power of making concierge pick up and delivery an integral part of service during maintenance and repairs.

"HopDrive's mission of providing total transparency is a perfect marriage with RepairPal's core values, as customers are always updated on the status of their vehicle. We believe this service will improve overall quality and customer satisfaction within our network of shops and dealers." –Kathleen Long, Chief Revenue Officer at RepairPal

Read the full press release here: https://bit.ly/3SwqesG

#automotive #repairpal #HopDrive #partnership #announcement #autorepair #automotiverepair #fairrepair #autoshops #autodealers #customerservice



NEWS.REPAIRPAL.COM
**RepairPal and HopDrive Partner Together to Make Customer Concierge Easier Than Ever**

| | |
|---|---|
| | https://news.repairpal.com/208038-repairpal-and-hopdrive-partner-together-to-make-customer-concierge-easier-than-ever?utm_source=PR&utm_medium=Partner&utm_campaign=HopDrive<br><br>To the extent that HopDrive contends that their trip scheduling system method does not employ "displaying a task selection screen operable to receive an indication of a task to be performed by the driver for the vehicle," upon information and belief, HopDrive's method employs the displaying of a task selection screen informing the driver of the vehicle tasks. Therefore, upon information and belief, HopDrive's trip scheduling system method uses a task selection screen that performs substantially the same function, in substantially the same way, to obtain the same results as the "displaying a task selection screen operable to receive an indication of a task to be performed by the driver for the vehicle" claim limitation of Draiver's trip scheduling system method. Upon information and belief, HopDrive's method of displaying an interface for a trip-scheduling system is not substantially different from the patent's disclosed method. |
| [1(d)] displaying a trip overview page operable to receive a selection of a pick-up location for the vehicle from the plurality of locations, a task location for the task for the vehicle from the plurality of locations, and a drop-off location for | On information and belief, HopDrive's system displays a trip overview page operable to receive a selection of a pick-up location for the vehicle from the plurality of locations, a task location for the task for the vehicle from the plurality of locations, and a drop-off location for the vehicle from the plurality of locations. For example, the below images show a HopDrive trip overview and tracking page via which a pick-up location and a drop-off location can be selected. The trip overview page includes a "create task" button. On information and belief, the "create task" button can be used to create a trip with a pick-up location, a drop-off location, and a task location selection. The "create task" button can be seen at the top right of the exemplary screenshot below. |

| | |
|---|---|
| the vehicle from the plurality of locations; | <br>https://www.youtube.com/watch?v=4KHyavk8Bqs<br><br>On information and belief, HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, the HopDrive system can be used to select a pick-up location, a task location (e.g., a shop that does aftermarket work), and a drop off location to take the vehicle to once the aftermarket work is complete. |



[HopDrive | Dealer Overview](HopDrive | Dealer Overview)

HopDrive provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via a task location (e.g., dealership) can be received via a HopDrive interface.

| | |
|---|---|
| | # Your customers want concierge.<br><br>Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.<br><br>HopDrive \| Home<br><br>To the extent that HopDrive contends that their trip scheduling system method does not employ "displaying a trip overview page operable to receive a selection of a pick-up location for the vehicle from the plurality of locations, a task location for the task for the vehicle from the plurality of locations, and a drop-off location for the vehicle from the plurality of locations," upon information and belief, HopDrive's system satisfies this claim element under the doctrine of equivalents. Upon information and belief, the above map interface provides the option for a user to "create task" which allows the user to input a plurality of locations which satisfies this claim element under the doctrine of equivalents. Therefore, HopDrive's trip scheduling system method displaying a trip overview page performs substantially the same function, in substantially the same way, to obtain the substantially the same result as the "displaying a trip overview page operable to receive a selection of a pick-up location for the vehicle from the plurality of locations, a task location for the task for the vehicle from the plurality of locations, and a drop-off location for the vehicle from the plurality of locations" claim limitation of Draiver's method. Accordingly, to the extent there are any differences between  HopDrive's method of displaying an interface for a trip-scheduling system and the claimed method, they are not substantial. |
| [1(e)] determining a driver from a pool of available drivers to drive the vehicle from | On information and belief, HopDrive's system determines a driver from a pool of available drivers to drive the vehicle from the pick-up location to the drop-off location. The below image shows that HopDrive's system has an "auto assigning" functionality that provides one example of how HopDrive's system will assign drivers to the automatically generated trips.  Once the task is assigned to a driver, the assigned driver is notified and can accept or decline the trip. |

| | |
|---|---|
| the pick-up location to the drop-off location; and |  |

As shown in the right pane, below, there is a task a pool of agents (i.e., drivers) and with different statuses (free, busy, inactive). The "auto assigning" feature can automatically assign a driver based on their status.



https://youtu.be/4KHyavk8Bqs

The below screenshot also indicates that HopDrive determines a driver from a pool of drivers.



hopdrive

Home    Drive With Us    Contact    **SIGN UP**

# FAQs

> Do I have to quit driving for the other rideshare guys?

⌄ How do I receive my next drive?

Just like other rideshare companies, our app is designed to find the drivers closest to the pickup. If you have the HopDrive app on and you are close to a move request, you will get a move notification. Otherwise, let us know if you are eager for another drive.

> How frequently do I get paid?

> If I drive a car to another dealership, how do I get home?

> How does the insurance work if I'm driving another person's car?

# Sign Up & Drive With Us

First Name *          Last Name *

Email *

Phone *

Best time for us to call:

--:-- --

Zip Code *          Select a region...

Referral Code

**SIGN UP**

https://hopdrive.com/driver-sign-up

| [1(f)] updating the trip | On information and belief, HopDrive's system updates updating the trip overview page to reflect the driver driving the vehicle from the pick-up location to the drop-off location. |
|---|---|

15

overview page to reflect the driver driving the vehicle from the pick-up location to the drop-off location.



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| | |
|---|---|
| |  https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo |
| [2] The computer-readable media of claim **1**, wherein the user uses the vehicle selection screen to provide a plurality of indications indicating a | HopDrive's system is configured such that the user can use the vehicle selection screen to provide a plurality of indications indicating a plurality of vehicles to be transported. The below image shows HopDrive's system displaying a plurality of vehicles to be transported. |

| | |
|---|---|
| plurality of vehicles to be transported. | <br><br>https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
| [3] The computer readable media of claim **2**, wherein a first vehicle of the plurality of vehicles and a | On information and belief, HopDrive's system is configured such that a first vehicle of the plurality of vehicles and a second vehicle of the plurality of vehicles have respectively a first pick-up location and a second pick-up location, wherein the first pick-up location is distinct from the second pick-up location. HopDrive's system allows two vehicles to be transported having distinct pick up locations. |

| | |
|---|---|
| second vehicle of the plurality of vehicles have respectively a first pick-up location and a second pick-up location, and wherein the first pick-up location is distinct from the second pick-up location. | <br>https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
| [4] The computer readable media of claim **2**, wherein a first vehicle of the plurality of vehicles and a | On information and belief, HopDrive's system is configured such that a first vehicle of the plurality of vehicles and a second vehicle of the plurality of vehicles have respectively a first drop-off location and a second drop-off location, wherein the first drop-off location is distinct from the second drop-off location. On information and belief, HopDrive's system allows two vehicles to be transported having distinct drop off locations. |

second vehicle of the plurality of vehicles have respectively a first drop-off location and a second drop-off location, and wherein the first drop-off location is distinct from the second drop-off location.



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

<table>
<tr>
<td></td>
<td>


https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo
</td>
</tr>
<tr>
<td>[5] The computer-readable media of claim <strong>1</strong>, wherein the method further comprises the step of obtaining by-the-trip insurance from an insurance</td>
<td>On information and belief, HopDrive's system obtains by-the-trip insurance from an insurance provider for transporting the vehicle from the pick-up location to the drop-off location. On information and belief, HopDrive insures drivers while the drivers are driving. HopDrive's insurance "provide[s] coverage for drivers from the time they take possession of a customer's vehicle." <em>See</em> https://hopdrive.com/driver-overview. HopDrive explains that they "know exactly what the insurance cost will be for each car move." https://www.freightwaves.com/news/social-auto-transport-raises-15m-in-seed-funding-to-expand-gig-economy-auto-moving-business</td>
</tr>
</table>

provider for transporting the vehicle from the pick-up location to the drop-off location.

## What HopDrive covers

### While the driver app is OFF

- Only your personal insurance policy applies.

### While the driver app is ON

- **Waiting for a move request** - Your personal insurance policy applies.
- **While enroute to the customer's pickup location** - Your personal insurance policy applies.
- **While driving the customer's vehicle** - This is where the HopDrive insurance policy applies.

https://hopdrive.com/driver-overview?resource=1

Social Auto Transport describes how they insure each driver as they drive by the mile.

Insurance was a big issue that Mottas and Newton had to deal with as well. The company is insured through James River Insurance, a Richmond-based insurance provider. Social Auto pays for its insurance by the mile, allowing it to keep its costs down and also to know exactly what the insurance cost will be for each car move, which helps with transparent pricing.

"They were the ones that pioneered gig economy insurance with Uber back in the day, and they just happen to be in my hometown," Mottas said. "They've been able to insure us in the ways we need to be insured for us and our customers."

Gig economy drivers, he said, also like the Social Auto Transport model because they are paid for moving a vehicle but incur any of the costs such as fuel, insurance and vehicle wear and tear typically associated with a gig economy driving job.

https://www.freightwaves.com/news/social-auto-transport-raises-15m-in-seed-funding-to-expand-gig-economy-auto-moving-business



| | |
|---|---|
| | https://hopdrive.com/driver-sign-up |
| [12] The computer-readable media of claim **1**, wherein the driver is determined based on a selection by the user. | In HopDrive's system, the driver may be determined based on a selection by the user. For example, the image below shows an "assign agent" button that can be used to assign a driver. |
| Claim 13 | |
| [13(pre)] A computer- | HopDrive's method of scheduling a trip via a graphical user interface is computer implemented via a graphical user interface. |

implemented method of scheduling a trip, via a graphical user interface, comprising the steps of:



### Schedule a HopDrive

Schedule a move in our easy-to-use Dealer Portal. In most cases, our drivers can be on location within 90 minutes. Customers get a visual of the driver, the vehicle, and the step-by-step tracking in real-time.



### HopDrive Arrives

Upon arrival, the driver inspects the car and takes photos to document its condition, pre-trip. Your dealership and the customer both receive copies of the inspection report, with pictures, in the portal.



### HopDrive Delivers

Upon delivery, the driver inspects the car and takes photos to document its condition, post-trip. We document end mileage, then share information with you and the customer in the portal.

https://hopdrive.com/dealer-overview



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [13(a)] displaying a selection page operable to receive input of a plurality of locations from a user; | HopDrive displays a trip overview and tracking page operable to receive selection of a plurality of locations from a user. For example, HopDrive's system includes a selection page (shown in the image below) that includes a "create task" button. On information and belief, the "create task" button can be used to input a plurality of locations. |
|---|---|



Vehicle Move Process Overview

https://www.youtube.com/watch?v=4KHyavk8Bqs

As another example, the following selection page is operable to receive selection of a plurality of locations from a user.



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

HopDrive provides a concierge service that provides a "short drive solution for one way, roundtrip, and **multi-location** moves." On information and belief, HopDrive's multi-location moves allow for the Trip Overview page to receive input of a plurality of locations from the user.

<table>
<tr><td></td><td>About HopDrive

Founded in 2018 and headquartered in Richmond, Virginia, HopDrive specializes in on-demand short trips, and concierge pickup and delivery services for dealerships and their customers. Automotive businesses use HopDrive as a short drive solution for one way, roundtrip, and multi-location moves – without the need for expensive, heavy duty car haulers or pulling dealership staff away from selling and servicing cars or customers. HopDrive helps dealers improve CSI, grow revenue, and cut costs. For more information, visit http://www.hopdrive.com or reach out to the company's New Client Team at april@hopdrive.com.

https://www.prweb.com/releases/social_auto_transport_rebrands_company_to_hopdrive/prweb17837239.htm</td></tr>
<tr><td>[13(b)] displaying a vehicle selection page operable to receive input of an indication of a vehicle to be transported;</td><td>HopDrive displays a vehicle selection page operable to receive, from the user, input indicative of a vehicle to be transported. For example, HopDrive's website includes a Move Planner interface to receive input indicative of a vehicle for transport such as make, model, year, and VIN.</td></tr>
</table>



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

As another example, through the "add moves" button in the image below, indications of vehicles to be transported may be provided.



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [13(c)] receiving an indication of a first vehicle to be transported from a first pick-up location of the | On information and belief, HopDrive's system receives an indication of a first vehicle to be transported from a first pick-up location of the plurality of locations to a first drop-off location of the plurality of locations via a first intermediate task location where a first task for the first vehicle is to be performed. HopDrive's system provides a screen to receive input from the user indicating a vehicle for transport. On information and belief, HopDrive's system allows for the input of a first vehicle including a first pick-up location and a first drop-off location via a first intermediate task location. |
| --- | --- |

plurality of locations to a first drop-off location of the plurality of locations via a first intermediate task location where a first task for the first vehicle is to be performed;



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

HopDrive provides a concierge service that provides a "short drive solution for one way, roundtrip, and **multi-location** moves." On information and belief, HopDrive's multi-location moves contain a first pick-up location, a first drop-off location, and a first intermediate task location.

About HopDrive

Founded in 2018 and headquartered in Richmond, Virginia, HopDrive specializes in on-demand short trips, and concierge pickup and delivery services for dealerships and their customers. Automotive businesses use HopDrive as a short drive solution for one way, roundtrip, and multi-location moves – without the need for expensive, heavy duty car haulers or pulling dealership staff away from selling and servicing cars or customers. HopDrive helps dealers improve CSI, grow revenue, and cut costs. For more information, visit http://www.hopdrive.com or reach out to the company's New Client Team at april@hopdrive.com.

https://www.prweb.com/releases/social_auto_transport_rebrands_company_to_hopdrive/prweb17837239.htm

HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, HopDrive receives an indication of a vehicle for transport from a pick-up location to a first drop-off location of a plurality of drop-off locations, via an intermediate task location (e.g., a shop that does aftermarket work).



# More Ways to Use HopDrive

Here are just some of the ways we drive vehicles...

**For Your Customers**
- Pickup and delivery
- Loaner drop-offs
- Retail Deliveries
- At-home test drives
- Remote appraisals

**For Your Business**
- Reconditioning
- Load Balancing
- Post auction pickup
- Aftermarket work
- Same-day moves

[HopDrive | Dealer Overview](#)

HopDrive provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via an intermediate task location (e.g., dealership) can be received via a HopDrive's interface.

# Your customers want concierge.

Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.

HopDrive | Home

| [13(d)] receiving an indication of a second vehicle to be transported from a second pick-up location of the plurality of locations to a second drop-off location of the plurality of locations via a second intermediate task location where a second task for the second vehicle is to be performed; | On information and belief, HopDrive's system receives an indication of a second vehicle to be transported from a second pick-up location of the plurality of locations to a second drop-off location of the plurality of locations via a second intermediate task location where a second task for the second vehicle is to be performed.<br><br>HopDrive's system provides a screen to receive input from the user indicating a vehicle for transport. On information and belief, HopDrive's system allows for the input of a second vehicle including a second pick-up location and a second drop-off location via a second intermediate task location.<br><br>**Move Planner**<br>Welcome to the move planner. This form allows you to set up a plan to move your vehicles. When the pickup time arrives, one of our drivers will be ready to move your vehicle(s) for you. Be sure to have someone meet our driver at both ends for inspection. |



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

HopDrive provides a concierge service that provides a "short drive solution for one way, roundtrip, and **multi-location** moves." On information and belief, HopDrive's multi-location moves contain a second pick-up location, a second drop-off location, and a second intermediate task location.

About HopDrive

Founded in 2018 and headquartered in Richmond, Virginia, HopDrive specializes in on-demand short trips, and concierge pickup and delivery services for dealerships and their customers. Automotive businesses use HopDrive as a short drive solution for one way, roundtrip, and multi-location moves – without the need for expensive, heavy duty car haulers or pulling dealership staff away from selling and servicing cars or customers. HopDrive helps dealers improve CSI, grow revenue, and cut costs. For more information, visit **http://www.hopdrive.com** or reach out to the company's New Client Team at april@hopdrive.com.

https://www.prweb.com/releases/social_auto_transport_rebrands_company_to_hopdrive/prweb17837239.htm

HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, HopDrive receives an indication of a vehicle for transport from a second pick-up location to a second drop-off location of a plurality of drop-off locations, via an intermediate task location (e.g., a shop that does aftermarket work).



[HopDrive | Dealer Overview](HopDrive | Dealer Overview)

HopDrive provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via an intermediate task location (e.g., dealership) can be received via a HopDrive's interface.

| | |
|---|---|
| | **Your customers want concierge.**<br><br>Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.<br><br>HopDrive \| Home |
| [13(e)] determining a first driver to transport the first vehicle from the first pick-up location to the first drop-off location via the first task location; | On information and belief, HopDrive's system determines a first driver to drive the first vehicle from the first pick-up location to the first drop-off location via the first task location. As shown in the left pane, a task (e.g., a trip from a pick-up location to a drop-off location via a task location can be automatically assigned. As shown in the right pane, below, there is a task a pool of agents (i.e., drivers) and with different statuses (free, busy, inactive). The "auto assigning" feature can automatically assign a driver based on their status. |



https://youtu.be/4KHyavk8Bqs



https://youtu.be/4KHyavk8Bqs

HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, HopDrive determines a driver for a vehicle for transport from a pick-up location to a first drop-off location of a plurality of drop-off locations, via an intermediate task location (e.g., a shop that does aftermarket work).



### More Ways to Use HopDrive

Here are just some of the ways we drive vehicles...

**For Your Customers**

- ⊘ Pickup and delivery
- ⊘ Loaner drop-offs
- ⊘ Retail Deliveries
- ⊘ At-home test drives
- ⊘ Remote appraisals

**For Your Business**

- ⊘ Reconditioning
- ⊘ Load Balancing
- ⊘ Post auction pickup
- ⊘ Aftermarket work
- ⊘ Same-day moves

HopDrive | Dealer Overview

HopDrive provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via an intermediate task location (e.g., dealership) can be received via a HopDrive's interface.

| | |
|---|---|
| | **Your customers want concierge.** <br><br> Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort. <br><br> HopDrive \| Home |
| [13(f)] determining a second driver to transport the second vehicle from the second pick-up location to the second drop-off location via the second task location; | On information and belief, HopDrive determines a second driver to drive the second vehicle from the second pick-up location to the second drop-off location via the second task location. As shown in the left pane, a task (e.g., a trip from a pick-up location to a drop-off location via a task location can be automatically assigned. As shown in the right pane, below, there is a task a pool of agents (i.e., drivers) and with different statuses (free, busy, inactive). The "auto assigning" feature can automatically assign a driver based on their status. |



https://youtu.be/4KHyavk8Bqs



https://youtu.be/4KHyavk8Bqs

HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, HopDrive determines a driver for a vehicle for transport from a pick-up location to a first drop-off location of a plurality of drop-off locations, via an intermediate task location (e.g., a shop that does aftermarket work).



[HopDrive | Dealer Overview](#)

HopDrive provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via an intermediate task location (e.g., dealership) can be received via a HopDrive interface.

# Your customers want concierge.

Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.

HopDrive | Home

| | |
|---|---|
| [13(g)] displaying a trip overview page including the first pickup location, the first drop-off location, the first driver, the second pick-up location, the second drop-off location, and the second driver. | On information and belief, HopDrive's system displays a trip overview page including the first pickup location, the first drop-off location, the first driver, the second pick-up location, the second drop-off location, and the second driver. HopDrive's system displays a trip overview page that includes the pick-up and drop-off location for each vehicle and the driver assigned to each vehicle, as shown in the images below.  |

https://youtu.be/4KHyavk8Bqs



https://youtu.be/4KHyavk8Bqs



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| [14] The method of claim **13**, wherein the first vehicle is transported to the first drop-off location while the second vehicle is being transported to the second | HopDrive's system allows a first vehicle to be transported to the first drop-off location while the second vehicle is transport to the second drop off location. |
|---|---|

drop-off
location.



https://youtu.be/4KHyavk8Bqs



https://youtu.be/4KHyavk8Bqs



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [15] The method of claim **13**, wherein the first pick-up location is | HopDrive's system includes a first pick-up location distinct from a second pick-up location and a first drop-off location distinct from a second drop-off location. |
|---|---|

distinct from the second pick-up location and the first drop-off location is distinct from the second drop-off location.



https://youtu.be/4KHyavk8Bqs



https://youtu.be/4KHyavk8Bqs



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974