Exhibit E.1

The below identification of how HopDrive's Accused Products meet at least each and every limitation of claim 1 of U.S. Patent No. 11,100,451 ("the '451 patent) is exemplary. Throughout the chart, references to HopDrive and Social Auto Transport should be viewed as interchangeable, as the two names refer to the same company and Social Auto Transport is currently doing business as HopDrive.

HopDrive's infringing system is offered through at least: (1) HopDrive's website, for example, through the Move Planner interface in the Dealer Portal, and (2) HopDrive Apps including, for example, the Social Auto Transport app featuring the Driver Portal (collectively "the Accused Products").

| U.S. Patent No. 11,100,451 | HopDrive's Accused Products |
|---|---|
| [1(pre)] One or more non-transitory computer-readable media storing computer-executable instructions that, when executed by a processor, perform a method of allocating drivers in a trip-scheduling system, the method comprising the steps of: | HopDrive's system is implemented on one or more non-transitory computer-readable media storing computer-executable instructions that, when executed by a processor, perform a method of allocating drivers in a trip-scheduling system. The Accused Products rely on non-transitory computer-readable media storing computer readable instructions (e.g. code) to function.<br><br>**Schedule a HopDrive**<br>Schedule a move in our easy-to-use Dealer Portal. In most cases, our drivers can be on location within 90 minutes. Customers get a visual of the driver, the vehicle, and the step-by-step tracking in real-time.<br><br>**HopDrive Arrives**<br>Upon arrival, the driver inspects the car and takes photos to document its condition, pre-trip. Your dealership and the customer both receive copies of the inspection report, with pictures, in the portal.<br><br>**HopDrive Delivers**<br>Upon delivery, the driver inspects the car and takes photos to document its condition, post-trip. We document end mileage, then share information with you and the customer in the portal.<br><br>https://hopdrive.com/dealer-overview |

| | https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
|---|---|
| [1(a)] displaying a location selection page operable to receive input of a plurality of locations from a user via a map interface; | HopDrive's system performs a method that includes displaying a location selection page operable to receive input of a plurality of locations from a user via a map interface. For example, HopDrive's system includes a map interface (shown in the image below) that includes a "create task" button. On information and belief, the "create task" button can be used to input a plurality of locations. |


https://www.youtube.com/watch?v=4KHyavk8Bqs

To the extent that HopDrive contends that their method of allocating drivers in a trip-scheduling system does not employ "displaying a location selection page operable to receive input of a plurality of locations from a user via a map interface," upon information and belief, HopDrive's location selection page featuring a map interface, shown above, allows users to input a plurality of locations satisfies these claim elements under the doctrine of equivalents. Upon information and belief, the above map interface provides the option for a user to "create task" which allows the user to input a plurality of locations which satisfies this claim element under the doctrine of equivalents. Therefore, HopDrive's trip scheduling system method using a

| | |
|---|---|
| | location selection page featuring a map interface or substantially similar page performs substantially the same function, in substantially the same way, to obtain substantially the same result as the "displaying a location selection page operable to receive input of a plurality of locations from a user via a map interface" claim limitation of Draiver's method. Accordingly, to the extent there are any differences between HopDrive's method of displaying a location selection page operable to receive input of a plurality of locations from a user via a map interface and the claimed method, they are not substantial. |
| [1(b)] displaying a task selection screen operable to receive an indication of a task to be performed by the driver for a vehicle; | On information and belief, HopDrive's system displays a task selection screen operable to receive an indication of a task to be performed by the driver for a vehicle. On information and belief, HopDrive provides a trip overview interface that includes a task selection screen that can be used to indicate a task to be performed by the driver (i.e., agent) for the vehicle such as through the "create task" button.<br><br>As an example, HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, the HopDrive system can be used to select a pick-up location, a task (e.g., a shop that does aftermarket work), and a drop off location to take the vehicle to once the aftermarket work is complete. |



HopDrive | Dealer Overview

As another example, HopDrive's system provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) can include a task (e.g., taking the car to the dealership) and can be received via an interface in HopDrive's system.

# Your customers want concierge.

Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.

[HopDrive | Home](#)



**RepairPal.com**
September 29, 2022

Announcing our newest partnership with HopDrive, making customer concierge easier than ever. RepairPal's Certified Network now has the power of making concierge pick up and delivery an integral part of service during maintenance and repairs.

"HopDrive's mission of providing total transparency is a perfect marriage with RepairPal's core values, as customers are always updated on the status of their vehicle. We believe this service will improve overall quality and customer satisfaction within our network of shops and dealers." -Kathleen Long, Chief Revenue Officer at RepairPal

Read the full press release here: https://bit.ly/3SwqesG

#automotive #repairpal #HopDrive #partnership #announcement #autorepair #automotiverepair #fairrepair #autoshops #autodealers #customerservice



NEWS.REPAIRPAL.COM
RepairPal and HopDrive Partner Together to Make Customer Concierge Easier Than Ever

| | |
|---|---|
| | https://news.repairpal.com/208038-repairpal-and-hopdrive-partner-together-to-make-customer-concierge-easier-than-ever?utm_source=PR&utm_medium=Partner&utm_campaign=HopDrive |
| [1(c)] displaying a trip overview page operable to receive a selection of a pick-up location for the vehicle from the plurality of locations and a drop-off location for the vehicle from the plurality of locations; | On information and belief, HopDrive's system displays a trip overview page operable to receive a selection of a pick-up location for the vehicle from the plurality of locations and a drop-off location for the vehicle from the plurality of locations. For example, the below images show a HopDrive trip overview and tracking page via which a pick-up location and a drop-off location can be selected. The trip overview page includes a "create task" button. On information and belief, the "create task" button can be used to create a trip with a pick-up location and a drop-off location selection. The "create task" button can be seen at the top right of the exemplary screenshot below. |

| | |
|---|---|
| |  https://www.youtube.com/watch?v=4KHyavk8Bqs |
| [1(d)] automatically determining a driver from a pool of available drivers to drive the vehicle from the pick-up location to the drop-off location; | On information and belief, HopDrive's system automatically determines a driver from a pool of available drivers to drive the vehicle from the pick-up location to the drop-off location. The below image shows that HopDrive's system has an "auto assigning" functionality that provides one example of how HopDrive's system will assign drivers to the automatically generated trips. Once the task is assigned to a driver, the assigned driver is notified and can accept or decline the trip. |



As shown in the right pane, below, there is a task a pool of agents (i.e., drivers) and with different statuses (free, busy, inactive). The "auto assigning" feature can automatically assign a driver based on their status.


https://youtu.be/4KHyavk8Bqs

The below screenshot also indicates that HopDrive determines a driver from a pool of drivers.


https://hopdrive.com/driver-sign-up

| | |
|---|---|
| [1(e)] automatically generating a trip from the pick-up location to the drop-off location, | HopDrive's system automatically generates a trip from the pick-up location to the drop-off location. The below screenshot shows an automatically generated trip displayed on the driver's mobile application. The trip is "assigned" and the driver can accept or decline the trip.<br><br><br>https://youtu.be/4KHyavk8Bqs<br><br>In the screenshot below, the task overview screen shows that a trip was generated with a pick-up and drop-off location. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| | |
|---|---|
| [1(f)] wherein the step of automatically generating a trip from the pick-up location to the drop-off location includes automatically determining a task location for performing the task from a plurality of available task locations; and | On information and belief, HopDrive's system automatically generates a trip from the pick-up location to the drop-off location including automatically determining a task location for performing the task from a plurality of task locations.<br><br><br><br>https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo<br><br>HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, HopDrive's system automatically generates a trip from a pick-up location and a drop-off location, wherein automatically generating the trip includes automatically determining a task location (e.g., a shop that does aftermarket work) from a plurality of available task locations. |

15



HopDrive | Dealer Overview

HopDrive's system provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via an intermediate task location (e.g., dealership) can be received via an interface in HopDrive's System.

| | |
|---|---|
| | **Your customers want concierge.**<br><br>Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.<br><br>HopDrive | Home<br><br>To the extent that HopDrive contends that their method of allocating drivers in a trip-scheduling system does not include "automatically determining a task location for performing the task from a plurality of available task locations," upon information and belief, HopDrive's automatic method of allocating drivers in a trip-scheduling system satisfies these claim elements under the doctrine of equivalents. Upon information and belief, HopDrive's trip scheduling system method uses a task selection screen that performs substantially the same function, in substantially the same way, to obtain substantially the same results as the "automatically determining a task location for performing the task from a plurality of available task locations" claim limitation of Draiver's method of allocating drivers in a trip-scheduling system. Accordingly, to the extent there are any differences between HopDrive's method of determining a task location for performing the task from a plurality of available task locations and the claimed method, they are not substantial. |
| [1(g)] dynamically updating the trip overview page in real-time and based on a GPS location provided by a smartphone of the driver to reflect the driver driving the vehicle from the pick-up location to the drop-off location. | On information and belief, HopDrive's system dynamically updates the trip overview page in real-time and based on a GPS location provided by a smartphone of the driver to reflect the driver driving the vehicle from the pick-up location to the drop-off location. The trip overview page shows real time tracking of the driver in transit. The trip overview page is dynamically updated in real time to show when the driver arrived at key locations as shown below. |

17


https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo