**Exhibit F.1**

The below identification of how HopDrive's Accused Products meet at least each and every limitation of claims 1, 7, and 8 of U.S. Patent No. 11,562,316 ("the '316 patent) is exemplary. Throughout the chart, references to HopDrive and Social Auto Transport should be viewed as interchangeable, as the two names refer to the same company and Social Auto Transport is currently doing business as HopDrive.

HopDrive's infringing system is offered through at least: (1) HopDrive's website, for example, through the Move Planner interface in the Dealer Portal, and (2) HopDrive Apps including, for example, the Social Auto Transport app featuring the Driver Portal (collectively "the Accused Products").

| U.S. Patent No. 11,562,316 | HopDrive's Accused Products |
|---|---|
| [1(pre)] One or more non-transitory computer-readable media storing computer executable instructions that, when executed by at least one processors, perform a method of allocating a driver in a trip-scheduling system, the method comprising the steps of: | HopDrive's system is implemented on one or more non-transitory computer-readable media storing computer executable instructions that, when executed by at least one processor, performs a method of allocating a driver in a trip-scheduling system.<br><br><br><br>**Schedule a HopDrive**<br>Schedule a move in our easy-to-use Dealer Portal. In most cases, our drivers can be on location within 90 minutes. Customers get a visual of the driver, the vehicle, and the step-by-step tracking in real-time.<br><br>**HopDrive Arrives**<br>Upon arrival, the driver inspects the car and takes photos to document its condition, pre-trip. Your dealership and the customer both receive copies of the inspection report, with pictures, in the portal.<br><br>**HopDrive Delivers**<br>Upon delivery, the driver inspects the car and takes photos to document its condition, post-trip. We document end mileage, then share information with you and the customer in the portal.<br><br>https://hopdrive.com/dealer-overview |



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [1(a)] displaying a vehicle selection page operable to receive, from a user, an input indicative of a vehicle for transport; | HopDrive's system displays a vehicle selection page operable to receive, from a user, an input indicative of a vehicle for transport. For example, HopDrive's website includes a Move Planner interface to receive input indicative of a vehicle for transport such as make, model, year, and VIN. |
|---|---|



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [1(b)] displaying a trip overview and tracking page operable to receive a selection of a pick-up location and a drop-off location; | On information and belief, HopDrive displays a trip overview and tracking page operable to receive a selection of a pick-up location and a drop-off location. For example, the below images show a HopDrive trip overview and tracking page via which a pick-up location and a drop-off location can be input. The trip overview page includes a "create task" button. On information and belief, the "create task" button can be used to create a trip with a pick-up location and a drop-off location selection. The "create task" button can be seen at the top right of the exemplary screenshot below. |
| --- | --- |



https://www.youtube.com/watch?v=4KHyavk8Bqs

To the extent that HopDrive contends that their method of allocating a driver in a trip-scheduling system does not "display[]a trip overview and tracking page operable to receive a selection of a pick-up location and a drop-off location," upon information and belief, HopDrive's system satisfies this limitation under the doctrine of equivalents. For example, the above map interface process the option for a user to "create task" which allows the user to input a plurality of locations which satisfies this claim element under the doctrine of equivalents. Therefore, HopDrive's trip scheduling system method employing the display of a trip overview and tracking page or substantially similar page performs substantially the same function, in substantially the same way, to obtain substantially the same result as the "displaying a trip overview and tracking page operable

| | |
|---|---|
| | to receive a selection of a pick-up location and a drop-off location" claim limitation of Draiver's method. Accordingly, to the extent there are any differences between HopDrive's method of displaying a trip overview and tracking page and the claimed method, they are not substantial. |
| [1(c)] displaying a task selection screen operable to receive an indication of a task to be performed by the driver of the vehicle; | On information and belief, HopDrive displays a task selection screen operable to receive an indication of a task to be performed by the driver of the vehicle. On information and belief, the task selection screen related to the "get task" permits tasks to be selected.<br><br>As another example, HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, the HopDrive system can be used to select a pick-up location, a task (e.g., a shop that does aftermarket work), and a drop off location to take the vehicle to once the aftermarket work is complete.<br><br> |

As another example, HopDrive provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) can include a task (e.g., taking the car to the dealership) and can be received via an interface in HopDrive's System.

# Your customers want concierge.

Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.

HopDrive | Home

 **RepairPal.com**
September 29, 2022 · 🌐

Announcing our newest partnership with HopDrive, making customer concierge easier than ever. RepairPal's Certified Network now has the power of making concierge pick up and delivery an integral part of service during maintenance and repairs.

"HopDrive's mission of providing total transparency is a perfect marriage with RepairPal's core values, as customers are always updated on the status of their vehicle. We believe this service will improve overall quality and customer satisfaction within our network of shops and dealers." -Kathleen Long, Chief Revenue Officer at RepairPal

Read the full press release here: https://bit.ly/3SwqesG

#automotive #repairpal #HopDrive #partnership #announcement #autorepair #automotiverepair #fairrepair #autoshops #autodealers #customerservice



NEWS.REPAIRPAL.COM
**RepairPal and HopDrive Partner Together to Make Customer Concierge Easier Than Ever**

| | |
|---|---|
| | https://news.repairpal.com/208038-repairpal-and-hopdrive-partner-together-to-make-customer-concierge-easier-than-ever?utm_source=PR&utm_medium=Partner&utm_campaign=HopDrive |
| [1(d)] determining a trip by analyzing the trip pick-up location, the trip drop-off location, and the task to minimize trip time; | On information and belief, HopDrive determines a trip by analyzing the trip pick-up location, the trip drop-off location, and the task to minimize trip time. The HopDrive system employs the use of mapping systems, such as Google Maps, to navigate between locations. HopDrive also claims to select drivers that are closest to the pick-up location. |

# FAQs

> Do I have to quit driving for the other rideshare guys?

> How do I receive my next drive?

Just like other rideshare companies, our app is designed to find the drivers closest to the pickup. If you have the HopDrive app on and you are close to a move request, you will get a move notification. Otherwise, let us know if you are eager for another drive.

HopDrive | Driver Sign Up

Therefore, on information and belief, the HopDrive system seeks to minimize trip time to provide the best quality of service.



https://vimeo.com/user177436814

Below is a screenshot displaying that HopDrive ensures its drivers arrive within 90 minutes, further demonstrating that timing is important to HopDrive and its system.

# HopDrive Concierge

### As easy as 1-2-3



## Schedule a HopDrive

Schedule trips in our easy-to-use dealer portal. We do the driving, and the heavy lifting. We handle the drivers and drives, insurance, loaner drop-offs and more.



## We Arrive and Drive

Our drivers arrive within 90 minutes, inspect the vehicle, take photos and start driving. Customers are updated about their vehicle status throughout the trip.



## We Deliver

We deliver the vehicle, inspect it and take photos to document its condition post-trip. We document end mileage and condition to minimize liability.

https://hopdrive.com

| [1(e)] and dynamically updating the trip overview and tracking page to reflect the driver travelling from the pick-up location to the drop-off location. | HopDrive dynamically updates the trip overview and tracking page to reflect the driver travelling from the pick-up to the drop-off location. For example, the screenshot below shows tracking information of the driver travelling from the pick-up location to the drop-off location. |
| --- | --- |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

| [7] The media of claim **1**, the method further comprising the steps of: receiving, by the task selection screen, an administrative task to be completed by the driver; and displaying, | On information and belief, HopDrive's system receives an administrative task by the task selection screen and displays an administrative task location via the trip overview and tracking page. On information and belief, the task selection screen related to "create task" permits tasks to be selected. |
|---|---|

by the trip overview and tracking page, an administrative task location associated with the administrative task.



https://www.youtube.com/watch?v=4KHyavk8Bqs

On information and belief, HopDrive promotes the option for scheduling administrative tasks for a car.



[HopDrive | Dealer Overview](#)

HopDrive provides a concierge service that will move a car from "driveway to dealership and back". For example, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) via an administrative task location (e.g., dealership) can be received via HopDrive's System.

# Your customers want concierge.

Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.

HopDrive | Home

 **RepairPal.com**
September 29, 2022 · 🌐

Announcing our newest partnership with HopDrive, making customer concierge easier than ever. RepairPal's Certified Network now has the power of making concierge pick up and delivery an integral part of service during maintenance and repairs.

"HopDrive's mission of providing total transparency is a perfect marriage with RepairPal's core values, as customers are always updated on the status of their vehicle. We believe this service will improve overall quality and customer satisfaction within our network of shops and dealers." -Kathleen Long, Chief Revenue Officer at RepairPal

Read the full press release here: https://bit.ly/3SwqesG

#automotive #repairpal #HopDrive #partnership #announcement #autorepair #automotiverepair #fairrepair #autoshops #autodealers #customerservice



NEWS.REPAIRPAL.COM
**RepairPal and HopDrive Partner Together to Make Customer Concierge Easier Than Ever**

| | |
|---|---|
| | https://news.repairpal.com/208038-repairpal-and-hopdrive-partner-together-to-make-customer-concierge-easier-than-ever?utm_source=PR&utm_medium=Partner&utm_campaign=HopDrive |
| [8(pre)] A method of allocating a driver in a trip-scheduling system, the method comprising the steps of: | HopDrive's system performs a method for allocation a driver in a trip-scheduling system.<br><br><br><br>https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
| [8(a)] displaying a vehicle selection page operable to receive, from the user, an input | HopDrive's system displays a vehicle selection page operable to receive, from the user, an input indicative of a vehicle for transport. For example, HopDrive's website includes a Move Planner interface to receive input indicative of a vehicle for transport such as make, model, year, and VIN. |

| | |
|---|---|
| indicative of a vehicle for transport; | <br><br>https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974 |
| [8(b)] displaying a trip overview and tracking page operable to receive, from a user, a selection of a pick-up location and a drop-off location, and operable to receive a completion time for | On information and belief, HopDrive displays a trip overview and tracking page operable to receive, from a user, a selection of a pick-up location and a drop-off location, and operable to receive a completion time for the vehicle to arrive at the drop-off location. For example, the below images show a HopDrive trip overview and tracking page via which a pick-up location and a drop-off location can be input. The trip overview page includes a "create task" button. On information and belief, the "create task" button can be used to create a trip with a pick-up location and a drop-off location selection and further to specify a "complete before" time. The "create task" button can be seen at the top right of the exemplary screenshot below. |

the vehicle to arrive at the drop-off location;



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo

The below image shows times associated with particular requests.



The task description can be viewed in the Details tab of the Task pane in the web portal. The below exemplary task description shows a "complete before" date and time.



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo



https://marketplace.fortellis.io/solutions/social-auto-transport-inc/hopdrive?id=3eac4c50-06ee-42dc-b995-2c5159f70974

| [8(c)] displaying a task selection screen operable to receive, from the user, an indication of a task to be performed by a driver of the vehicle; | On information and belief, HopDrive displays a task selection screen operable to receive, from the user, an indication of a task to be performed by a driver of the vehicle. The Trip Overview and tracking page includes a task selection screen that can be used to indicate a task to be performed by the driver for the vehicle. |
|---|---|



As another example, HopDrive promotes the option for scheduling aftermarket work for a car. On information and belief, the HopDrive system can be used to select a pick-up location, a task (e.g., a shop that does aftermarket work), and a drop off location to take the vehicle to once the aftermarket work is complete.



[HopDrive | Dealer Overview](#)

As another example, HopDrive provides a concierge service that will move a car from "driveway to dealership and back". That is, a request to drive a target vehicle on a trip to a destination location (e.g., driveway) can include a task (e.g., taking the car to the dealership) and can be received via an interface in HopDrive's System.

| | |
|---|---|
| | # Your customers want concierge.<br><br>Impress your customers with a concierge service that takes their car from driveway to dealership and back, with minimal effort.<br><br>[HopDrive \| Home](#) |
| [8(d)] determining a trip by analyzing the trip pick-up location, the trip drop-off location, and the task to minimize trip time; | On information and belief, HopDrive determines a trip by analyzing the trip pick-up location, the trip drop-off location, and the task to minimize trip time. The HopDrive system employs the use of mapping systems, such as Google Maps, to navigate between locations. HopDrive also claims to select drivers that are closest to the pick-up location. |

# FAQs

> Do I have to quit driving for the other rideshare guys?

∨ How do I receive my next drive?

Just like other rideshare companies, our app is designed to find the drivers closest to the pickup. If you have the HopDrive app on and you are close to a move request, you will get a move notification. Otherwise, let us know if you are eager for another drive.

HopDrive | Driver Sign Up

Therefore, on information and belief, the HopDrive system seeks to minimize trip time to provide the best quality of service.



https://vimeo.com/user177436814

Below is a screenshot displaying that HopDrive ensures its drivers arrive within 90 minutes, further demonstrating that timing is important to HopDrive and its system.

| | |
|---|---|
| | **HopDrive Concierge**<br><br>**As easy as 1-2-3**<br><br>  <br><br>**Schedule a HopDrive**     **We Arrive and Drive**     **We Deliver**<br><br>Schedule trips in our easy-to-use dealer portal. We do the driving, and the heavy lifting. We handle the drivers and drives, insurance, loaner drop-offs and more.     Our drivers arrive within 90 minutes, inspect the vehicle, take photos and start driving. Customers are updated about their vehicle status throughout the trip.     We deliver the vehicle, inspect it and take photos to document its condition post-trip. We document end mileage and condition to minimize liability.<br><br>https://hopdrive.com |
| [8(e)] and dynamically updating the trip overview and tracking page to reflect the driver travelling from the pick-up location to the drop-off location via a task location. | On information and belief, HopDrive dynamically updates the trip overview and tracking page to reflect the driver travelling from the pick-up location to the drop-off location via a task location. For example, the screenshot below shows tracking information associated with the driver travelling to each assigned stop. |



https://www.youtube.com/watch?v=4KHyavk8Bqs&feature=emb_logo